UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JUDY BOUZEK,<br><br>    Plaintiff,<br><br>vs.<br><br>LINK SNACKS, INC.,<br><br>    Defendant. | 4:16-CV-04040-KES<br><br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint stipulation for dismissal (Docket 18), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and without costs to either of the parties.

DATED this 7th day of February, 2017.

        BY THE COURT:

        */s/ Karen E. Schreier*
        KAREN E. SCHREIER
        UNITED STATES DISTRICT JUDGE